# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES WILLIAMSON,** | : |
|           **Plaintiff,** | : |
| | : |
| v. | :  **CIVIL ACTION NO. 15-578** |
| | : |
| **CITY OF PHILADELPHIA,** *et al.* | : |
|           **Defendants.** | : |

## ORDER

**AND NOW,** this 14th day of March 2016, upon consideration of Defendants' Second Motion to Dismiss for Failure to State a Claim [Doc. No. 6], and the response thereto, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. The Amended Complaint is **DISMISSED**. It is further **ORDERED** that Plaintiff may file a motion for leave to file a second amended complaint within 21 days. Any such motion must include a proposed second amended complaint as an exhibit. It is further **ORDERED** that the Clerk is directed to **CLOSE** the case for statistical purposes.

It is so **ORDERED.**

                                                         **BY THE COURT:**

                                                         /s/Cynthia M. Rufe
                                                         _____
                                                         **CYNTHIA M. RUFE, J.**